Simons *vs.* The State of Georgia.

---

FRANK SIMONS, plaintiff in error, *vs.* THE STATE OF GEORGIA, defendant in error.

There was not such an abuse of the discretion of the judge who tried the case, in refusing the motion for a new trial, as calls for the interference of this court.

New trial. Criminal law. Before Judge HOPKINS. Fulton Superior Court. October Term, 1873.

This case turns purely upon the weight attached by the jury to the evidence introduced. To set forth the testimony would illustrate no principle of law.

THRASHER & THRASHER; HOWELL C. GLENN, for plaintiff in error.

DeGive *vs.* Lewis.

JOHN T. GLENN, solicitor general, for the state.

TRIPPE, Judge.

This is another one of those cases which rests upon the question whether the judge who presided at the trial abused that discretion with which he is by law invested, in granting or refusing motions for new trial, founded upon the ground that the verdict is against the evidence, etc. In such cases, where no argument could illustrate any principle of law, and the court below has not abused his discretion, it is sufficient to say that the judgment is affirmed.

Judgment affirmed.